82,695-01

To: Court of Criminal Appeals
P.O. Box 12308 Capital Station
Austin Texas 78711

From: Wayland Terry Green
3060 FM 3514
Beaumont Texas 77705
T.D.C.J. # 01852341
Tr. Ct. No. CR12187
C.C.A. Writ No. 82,695-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 27 2015

To: Abel Acosta.

I am writing in refrance to my writ of mandamus that the courts received on 1-9-15 and was presented to the court.

On 1-28-15 Court denied without written order Motion for leave to file the original application for writ of mandamus.

If you could please intruct me on the proper procedure to put a writ of mandamus back into Action.

Thank You So very much
Wayland T. Green
1852341

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk